**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk**

**In re:**

**Chesapeake Cabinet Crafters, Inc.**                    **Case No. 03-73597-FJS**

      **Debtor(s)**                                                         **Chapter 7**

# REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Hughes, Ed<br>8056 Meadowcreek Road<br>Norfolk, VA 23518-0000 | $4.83 |
| Woody, Denise<br>4600 Marlwood Way<br>Virginia Beach, VA 23462-0000 | $2.06 |

Date:  December 15, 2009                    */s/ R. Clinton Stackhouse, Jr.*
                                                                 R. CLINTON STACKHOUSE
                                                                 Chapter 7
                                                                 870 Greenbrier Circle, Suite 200
                                                                 Chesapeake, VA 23320
                                                                 (757) 333-4000